IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARTIN DIAZ LOPEZ, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL NO. 2:17-CV-331 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

## ORDER

The Court has before it Petitioner's habeas corpus petition (Dkt. No. 1) and the Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred (Dkt. No. 6). The deadline to file objections to the M&R has passed, and no objections have been filed. *See* 28 U.S.C. § 636(b)(1) (setting a 14-day deadline to file objections); *see also* M&R, Dkt. No. 6 at 9 (advising parties of the 14-day deadline).

After independently reviewing the record and considering the applicable law, this Court **ADOPTS** the Magistrate Judge's M&R (Dkt. No. 6), **DISMISSES** Petitioner's habeas corpus claim, and **DENIES** Petitioner a Certificate of Appealability. Final Judgment will be entered separately in accordance with Federal Rule of Civil Procedure 58.

SIGNED this 31st day of January, 2018.

_____
Hilda Tagle
Senior United States District Judge